

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00463-CR

Billy Ray **THURMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 66th Judicial District Court, Hill County, Texas
Trial Court No. 37,134
Honorable F. B. (Bob) McGregor Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 9, 2014.

Catherine Stone, Chief Justice